WILLIAM MARCHESE, PLAINTIFF-RESPONDENT, v. DANTE L. MONACO, DEFENDANT-PETITIONER.

See same case below: 52 *N. J. Super.* 474.

*Messrs. McGlynn, Stein & McGlynn* for the petitioner.

*Messrs. Marinello, Cundari & Soriano* and *Mr. Samuel A. Larner* for the respondent.

Denied.

S. G. HOLDING CORP., PLAINTIFF-PETITIONER, v. HENRY M. BESSER, DEFENDANT-RESPONDENT.

*Mr. Newton M. Roemer* and *Mr. Charles H. Roemer* for the petitioner.

*Mr. Albert G. Besser* for the respondent.

January 12, 1959. Denied.